RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for:
DUSTIN MCCASKILL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.: 2:15-cr-00030-GMN-CWH** |
| Plaintiff, | **STIPULATION TO EXTEND MOTION DEADLINES** (Fifth Request) |
| vs. | |
| DUSTIN MCCASKILL , | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden,  United

States Attorney, and  Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United

States of America, and Rene L. Valladares, Federal Public Defender, and  BRENDA WEKSLER,

Assistant Federal Public Defender, counsel for DUSTIN MCCASKILL, that the parties herein shall

have to and including May 28, 2015, by the hour of 4:00 p.m., within which to file any and all

responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall

have to and including June 4, 2015, by the hour of 4:00 p.m., within which to file any and all replies

to dispositive motions.

This Stipulation is entered into for the following reasons:

1.      The client is in custody and does not oppose the continuance.

2.      The parties have commenced negotiations which might obviate the need for the

Government to respond.

1

1    3.     The additional time requested herein is not sought for purposes of delay, but merely

2  to allow counsel for the defendant sufficient time to complete necessary research, prepare and submit

3  appropriate pretrial motions.

4    4.     Denial of this request for continuance would deny counsel for the defendant sufficient

5  time to effectively and thoroughly prepare and submit pretrial motions and notices of defense, taking

6  into account the exercise of due diligence.

7    5.     Additionally, denial of this request for continuance could result in a miscarriage of

8  justice. The additional time requested by this Stipulation is excludable in computing the time within

9  which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States

10  Code, § 3161(h)(1)(D) and Title 18, United States Code, § 3161(h)(7)(A), considering the factors

11  under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

12    6.     This is the fifth stipulation to continue filed herein.

13  DATED:  May 13, 2015

14

15  RENE L. VALLADARES                    DANIEL G. BOGDEN
    Federal Public Defender               United States Attorney

16

17  By: */s/ Brenda Weksler*              By: */s/ Phillip N. Smith, Jr.*
      BRENDA WEKSLER,                        PHILLIP N. SMITH, JR.,
18    Assistant Federal Public Defender      Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: **15-cr-00030-GMN-CWH** |
|---|---|
| Plaintiff, | FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER |
| vs. | |
| DUSTIN MCCASKILL , | |
| Defendant. | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The client is  in custody and does not oppose the continuance.

2. The parties have commenced negotiations which might obviate the need for the Government to respond.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to complete necessary research, prepare and submit appropriate pretrial motions.

4. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly prepare and submit pretrial motions and notices of defense, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(1)(D) and Title 18, United States Code,  § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. This is the fifth stipulation to continue filed herein.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the motion dates.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, §§ 3161(h)(1)(A), 3161(h)(7) and Title 18 United States Code, § 3161 (h)(7)(A), when considering the facts under Title 18, United States Code, §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

**ORDER**

IT IS THEREFORE ORDERED, that the parties herein shall have to and including May 28, 2015, by the hour of 4:00 p.m., within which to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including June 4, 2015, by the hour of 4:00 p.m., within which to file any and all replies to dispositive motions.

DATED this ___14th___ day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

4