#### UNITED STATES DISTRICT COURT
#### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No.  2:15-cr-00030-GMN-CWH |
| vs. ) | **ORDER** |
| DUSTIN MCCASKILL, ) | |
| Defendant. ) | |

     This matter is before the Court on Defendant Dustin McCaskill's ("Defendant") Motion for a Bill of Particulars (#20), filed April 8, 2015, and Motion to Dismiss (#27), filed April 27, 2015. The Court has received a signed plea agreement and has scheduled a change of plea hearing.  (Dkt. #33). As such, the pending motions are now moot and will be denied without prejudice to refiling, if necessary.  Accordingly,

     **IT IS HEREBY ORDERED** that Defendant's Motion for a Bill of Particulars (# 20) is **denied without prejudice**.

     **IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (#27) is **denied without prejudice**.

     DATED: June 17, 2015.

                                                                  **C.W. Hoffman, Jr.**
                                                                  **United States Magistrate Judge**